JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ADLEY, | CV 11-8592 PA (MRWx) |
|            Plaintiff, | JUDGMENT |
|     v. | |
| WEST OIL MARINE SERVICES, INC., et al., | |
|            Defendants. | |

Pursuant to the Court's August 13, 2012 Minute Order granting the Motion for Summary Judgment filed by defendants Westoil Marine Services, Inc. and Harley Marine Services, Inc. ("Defendants"), which granted summary judgment to Defendants on each of the claims asserted by plaintiff Michael Adley ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

1

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

3

4

5

6        IT IS SO ORDERED.

7

8    DATED: August 14, 2012                    _____

9                                                        Percy Anderson
                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28